**FILED**
CLERK, U.S. DISTRICT COURT
06/05/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:24-cr-00069-JVS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| DAVID ROBERT MCDONNELL, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATION

At all times relevant to this Information:

1.   Defendant DAVID ROBERT MCDONNELL was the President of McDonnell Business Services located in Laguna Beach, California, which offered trust and estate planning and tax services.

B.   THE SCHEME TO DEFRAUD

2.   Beginning in or around 2018, and continuing to in or around January 2024, in Orange County, within the Central District of California, and elsewhere, defendant MCODNNELL, knowingly and with the intent to defraud, devised and executed a

scheme to defraud and obtain property from various trusts by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. In carrying out the scheme, defendant MCDONNELL engaged in the following fraudulent and deceptive acts, practices, and devices, and made the following material omissions, among others:

    a. Defendant MCDONNELL, through McDonnell Business Services, was hired by high net-worth individuals to be the executor of their trusts.

    b. As an executor, defendant MCDONNEL was to manage the assets of the trusts and, when the individuals died, to sell the assets and distribute the proceeds to the trusts' beneficiaries.

    c. Instead of managing the assets of the trusts and distributing the proceeds to the trusts' beneficiaries, defendant MCDONNELL liquidated assets and diverted funds to his own personal bank accounts.

    d. Through this scheme, defendant MCDONNELL misappropriated approximately $5.9 million from approximately four trusts.

C. <u>THE USE OF AN INTERSTATE WIRE</u>

4. On or about August 27, 2020, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant MCDONNELL caused the transmission, by means of wire communication in interstate commerce, of $300,000 through check

no. 418 from the California Bank and Trust account of victim trust M.J.B.J. located in Capistrano Beach, California to defendant MCDONNELL's own trust account at Bank of America in Laguna Beach, California.  These funds were processed by Bank of America through servers in Richardson, Texas.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office